TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

FILED

2025 DEC 17 PM 2: 36

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-05543 TUC-RM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Ronnie Lee Escalante Delp,

Defendant.

**I N D I C T M E N T**

Violations:
18 U.S.C. § 924(a)(1)(A)
(Making False Statement in
Connection with Acquisition of
Firearms)
Counts 1-4

**THE GRAND JURY CHARGES:**

**COUNTS 1-4**

On or about the dates listed below, in Tucson, in the District of Arizona, the Defendant RONNIE LEE ESCALANTE DELP, in connection with the acquisition of a firearm, knowingly made false statements and representations to the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that his address was 1756 E. Breeze Ln., Tucson, Arizona, whereas in truth and fact, that was not Defendant's current address, in violation of Title 18, United States Code, Sections 924(a)(1)(A).

//

//

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | April 22, 2024 | The Hub | Glock 17 Gen5, 9x19 caliber pistol |
| 2 | May 8, 2024 | Turner's Outdoorsman | Riley Defense RAK47, 7.62x39mm caliber rifle |
| 3 | July 24, 2024 | Turner's Outdoorsman | Glock 17 Gen5, 9x19 caliber pistol |
| 4 | July 24, 2024 | Turner's Outdoorsman | Glock 19x, 9x19 caliber pistol |

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: 12/17/25

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
RUI WANG
Assistant U.S. Attorney.

*United States of America v. Ronnie Lee Escalante Delp*
*Indictment Page 2 of 2*