TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: raquel.arellano@usdoj.gov
Attorneys for Plaintiff

FILED

2026 MAR 11  PM 2: 48

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 25-05543-TUC-RM (LCK) |
|---|---|
| Plaintiff, | **S U P E R S E D I N G
I N D I C T M E N T** |
| vs. | Violations: |
| Ronnie Lee Escalante Delp, | 18 U.S.C. § 924(a)(1)(A)
(Making False Statement in
Connection with Acquisition of
Firearms)
Counts 1-15 |
| Defendant. | |
| | 18 U.S.C. §§ 922(a)(1)(A) and
924(a)(1)(D)
(Engaging in the Business of Dealing
Firearms without a License)
Count 16 |
| | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)
(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**<u>COUNTS 1-15</u>**

On or about the dates listed below, in Tucson, in the District of Arizona, the Defendant RONNIE LEE ESCALANTE DELP, in connection with the acquisition of a firearm, knowingly made false statements and representations to the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the

provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that his address was 1756 E. Breeze Ln., Tucson, Arizona, whereas in truth and fact, that was not Defendant's current address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | April 22, 2024 | The Hub | Glock 17 Gen5, 9x19 caliber pistol |
| 2 | May 8, 2024 | Turner's Outdoorsman | Riley Defense RAK47, 7.62x39mm caliber rifle |
| 3 | July 24, 2024 | Turner's Outdoorsman | Glock 17 Gen5, 9x19 caliber pistol |
| 4 | July 24, 2024 | Turner's Outdoorsman | Glock 19x, 9x19 caliber pistol |
| 5 | October 10, 2023 | Zona Tactical | Glock 19 Gen5, 9x19 caliber pistol |
| 6 | October 13, 2023 | Zona Tactical | Glock 17 Gen5, 9x19 caliber pistol |
| 7 | October 20, 2023 | USA Pawn | HS Produkt XD9, 9x19 caliber pistol |
| 8 | October 20, 2023 | USA Pawn | HS Produkt XDM, 9x19 caliber pistol |
| 9 | October 25, 2023 | USA Pawn | Canik55, TP-9 Elite, 9x19 caliber pistol |
| 10 | October 25, 2023 | USA Pawn | Canik55, TP-9SFX, 9x19 caliber pistol |
| 11 | November 16, 2023 | Zona Tactical | Century Arms, VSKA, 7.62x39 caliber rifle |
| 12 | November 22, 2023 | Zona Tactical | Century Arms, VSKA, 7.62x39 caliber rifle |
| 13 | January 3, 2024 | Zona Tactical | Century Arms, VSKA, 7.62x39 caliber rifle |
| 14 | January 23, 2024 | Zona Tactical | Century Arms, VSKA, 7.62x39 caliber rifle |
| 15 | March 26, 2024 | Zona Tactical | Glock 19x, 9x19 caliber pistol |

## COUNT 16

Between on or about October 10, 2023 and on or about July 24, 2024, in the District of Arizona, Defendant RONNIE LEE ESCALANTE DELP, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully

*United States of America v. Ronnie Lee Escalante Delp*
*Superseding Indictment Page 2 of 4*

engage in the business of dealing firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Sixteen of the Indictment, the defendant, RONNIE LEE ESCALANTE DELP, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

| Line # | Asset Description | Serial Number |
|--------|-------------------|---------------|
| 1 | Glock 17 Gen5, 9x19 caliber pistol | CBZZ353 |
| 2 | Riley Defense RAK47, 7.62x39mm caliber rifle | B60865 |
| 3 | Glock 17 Gen5, 9x19 caliber pistol | BXPB287 |
| 4 | Glock 19x, 9x19 caliber pistol | CDSR750 |
| 5 | Glock 19 Gen5, 9x19 caliber pistol | CAAG781 |
| 6 | Glock 17 Gen5, 9x19 caliber pistol | BZZV067 |
| 7 | HS Produkt XD9, 9x19 caliber pistol | XD154381 |
| 8 | HS Produkt XDM, 9x19 caliber pistol | MG744014 |
| 9 | Canik55, TP-9 Elite, 9x19 caliber pistol | 20BN22252 |
| 10 | Canik55, TP-9SFX, 9x19 caliber pistol | 20BC24742 |
| 11 | Century Arms, VSKA, 7.62x39 caliber rifle | SV7143334 |
| 12 | Century Arms, VSKA, 7.62x39 caliber rifle | SV7143209 |
| 13 | Century Arms, VSKA, 7.62x39 caliber rifle | SV7105640 |
| 14 | Century Arms, VSKA, 7.62x39 caliber rifle | SV7105148 |
| 15 | Glock 19x, 9x19 caliber pistol | AHMV229 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of

the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: 3/11/2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

RAQUEL ARELLANO
Assistant U.S. Attorney

*United States of America v. Ronnie Lee Escalante Delp*
*Superseding Indictment Page 4 of 4*